## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07CV6829
JUDGE ANDERSEN
MAG. JUDGE COX

In the Matter of

Central States, Southeast and Southwest Areas P and Howard McDougall, trustee v. Industrial Roofing Company, Inc., an Ohio corporation, and D.A.S. of Youngstown, L.L.C., an Ohio limited liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

FILED
J.N DEC X 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Timothy C. Reuter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Timothy C. Reuter | |
| FIRM Central States Legal Department | |
| STREET ADDRESS 9377 W. Higgins Road | |
| CITY/STATE/ZIP Rosemont, IL 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06279373 | TELEPHONE NUMBER (847) 518-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |