## United States District Court for the Northern District of Illinois

Case Number: 07CV6829        Assigned/Issued By: J. N.

Judge Name: ANDERSEN        Designated Magistrate Judge: COX

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350        Receipt #: 1115768

Date Payment Rec'd: 12-4-07        Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__2__ Original and __2__ copies on __12-4-07__ as to __ALL DEFENDANTS__
                                     (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05