U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:07-cv-06829

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, trustee, Plaintiffs
   v.
Industrial Roofing Company, Inc. and D.A.S. of Youngstown,
L.L.C., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Industrial Roofing Company, Inc. and D.A.S. of Youngstown, L.L.C., Defendants

| | |
|---|---|
| NAME (Type or print) <br> Christopher A. Wadley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher A. Wadley | |
| FIRM <br> Walker Wilcox Matousek LLP | |
| STREET ADDRESS <br> 225 West Washington Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278651 | TELEPHONE NUMBER <br> (312) 244-6700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |