UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-06829 |
| INDUSTRIAL ROOFING COMPANY, INC., an Ohio corporation, and D.A.S. OF YOUNGSTOWN, L.L.C., an Ohio limited liability company, | ) ) ) ) ) | District Judge Andersen<br><br>Magistrate Judge Cox |
| Defendants. | ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

Defendants, Industrial Roofing Company, Inc. and D.A.S. of Youngstown, L.L.C., by their undersigned attorney, hereby move the Court for an order granting them an extension of time of 20 days, or until January 23, 2008, to file an answer or otherwise plead in response to the Complaint. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint against Defendants on December 4, 2007.

2. Plaintiffs served Defendants with a summons and a copy of the Complaint on December 14, 2007.

3. Defendants, therefore, are required to file an answer or otherwise plead in response to the Complaint on or before January 3, 2008.

4. Defendants, however, require additional time to prepare an answer or other pleading in response to the Complaint.

5.    Accordingly, Defendants respectfully request that the Court grant them an additional 20 days, or until January 23, 2008, to file an answer or otherwise plead in response to the Complaint.

6.    On January 3, 2008, Defendants' undersigned counsel, Christopher Wadley, spoke with Plaintiffs' counsel Laura Bacon regarding the relief that Defendants' request in this motion, and Ms. Bacon agreed to allow Defendants an additional 20 days to file an answer or otherwise plead in response to the Complaint.

7.    Plaintiffs, therefore, will not suffer any unfair prejudice if the Court grants this motion.

WHEREFORE, Defendants respectfully request that the Court enter an order granting them an extension of time of 20 days, or until January 23, 2008, to file an answer or otherwise plead in response to the Complaint.

Dated: January 3, 2008.                    Respectfully submitted,

s/Christopher A. Wadley
Edward P. Gibbons (Bar No. 6201189)
Christopher A. Wadley (Bar No. 6278651)
WALKER WILCOX MATOUSEK LLP
225 West Washington Street, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 244-6700
Facsimile: (312) 244-6800
E-mail:  egibbons@wwmlawyers.com
            cwadley@wwmlawyers.com