UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-06829 |
| INDUSTRIAL ROOFING COMPANY, INC., an Ohio corporation, and D.A.S. OF YOUNGSTOWN, L.L.C., an Ohio limited liability company, | ) ) ) ) ) | District Judge Andersen Magistrate Judge Cox |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on January 3, 2008, I electronically filed the foregoing Agreed Motion for Extension of Time to File Answer or Otherwise Plead in Response to Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Laura Beth Bacon (lbacon@centralstatesfunds.org), John Joseph Franczyk, Jr. (jfranczyk@centralstates.org), Rebecca Kate McMahon (rmcmahon@centralstatesfunds.org), and Timothy Craig Reuter (treuter@centralstatesfunds.org).

Dated: January 3, 2008.                  Respectfully submitted,

                                          s/Christopher A. Wadley
                                          Edward P. Gibbons (Bar No. 6201189)
                                          Christopher A. Wadley (Bar No. 6278651)
                                          WALKER WILCOX MATOUSEK LLP
                                          225 West Washington Street, Suite 2400
                                          Chicago, Illinois 60606
                                          Telephone: (312) 244-6700
                                          Facsimile: (312) 244-6800
                                          E-mail:  egibbons@wwmlawyers.com
                                                   cwadley@wwmlawyers.com