UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee,<br><br>  Plaintiffs,<br><br>  v.<br><br>INDUSTRIAL ROOFING COMPANY, INC., an Ohio corporation, and D.A.S. OF YOUNGSTOWN, L.L.C., an Ohio limited liability company,<br><br>  Defendants. | Case No. 1:07-cv-06829<br><br>District Judge Andersen<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

To:    See Attached Certificate of Service.

Please take notice that on January 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, or any judge sitting in his stead, in Courtroom 1403 of the Dirksen Federal Building, located at 219 South Dearborn Street in Chicago, Illinois, and present Defendants' Agreed Motion for Extension of Time to File Answer or Otherwise Plead in Response to Complaint.

Dated: January 3, 2008.                     Respectfully submitted,

                                            s/Christopher A. Wadley
                                            Edward P. Gibbons (Bar No. 6201189)
                                            Christopher A. Wadley (Bar No. 6278651)
                                            WALKER WILCOX MATOUSEK LLP
                                            225 West Washington Street, Suite 2400
                                            Chicago, Illinois 60606
                                            Telephone: (312) 244-6700
                                            Facsimile: (312) 244-6800
                                            E-mail:  egibbons@wwmlawyers.com
                                                     cwadley@wwmlawyers.com