UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-06829 |
| INDUSTRIAL ROOFING COMPANY, INC., an Ohio corporation, and D.A.S. OF YOUNGSTOWN, L.L.C., an Ohio limited liability company, | ) ) ) ) ) | District Judge Andersen  Magistrate Judge Cox |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on January 3, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Laura Beth Bacon (lbacon@centralstatesfunds.org), John Joseph Franczyk, Jr. (jfranczyk@centralstates.org), Rebecca Kate McMahon (rmcmahon@centralstatesfunds.org), and Timothy Craig Reuter (treuter@centralstatesfunds.org).

Dated: January 3, 2008.

Respectfully submitted,

s/Christopher A. Wadley
Edward P. Gibbons (Bar No. 6201189)
Christopher A. Wadley (Bar No. 6278651)
WALKER WILCOX MATOUSEK LLP
225 West Washington Street, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 244-6700
Facsimile: (312) 244-6800
E-mail:  egibbons@wwmlawyers.com
           cwadley@wwmlawyers.com