AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

CASE NUMBER: **07C 6829**

V.

ASSIGNED JUDGE: JUDGE ANDERSEN

Industrial Roofing Company, Inc., an Ohio
corporation, and D.A.S. of Youngstown, L.L.C.,
an Ohio limited liability company

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Industrial Roofing Company, Inc., an Ohio corporation
c/o: Douglas A. Slagle, Registered Agent
31 W. Hylda
Youngtown, OH 44507

*(handwritten: 4453 Canfield Rd. Canfield, Ohio 44406)*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: DEC 0 4 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12-14-07 (2:59 PM) |
| NAME OF SERVER (PRINT) NEAL E. ZOLDAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4453 Canfield, Rd., Canfield, OH 44406

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/07
　　　　　　　Date

Signature of Server: Neal E. Zoldan

Address of Server: P.O. Box 3617, Youngstown, OH 44513

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.