IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>INDUSTRIAL ROOFING COMPANY, INC., an Ohio corporation, and D.A.S. OF YOUNGSTOWN, L.L.C., an Ohio limited liability company,<br><br>    Defendants. | Case No. 07 C 6829<br><br>District Judge Andersen<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

TO:    Christopher A. Wadley
           Walker Wilcox Matousek LLP
           225 West Washington Street
           Suite 2400
           Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Thursday, June 19th, 2008, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Wayne R. Andersen of the United States District Court for the Northern District of Illinois, located at Courtroom 1403, 219 South Dearborn, Chicago, Illinois, or such other Judge as may be sitting in his stead, and then and there present

the attached Plaintiffs' Motion for Summary Judgment.  You are entitled to appear and be heard.

                Respectfully submitted,

/s/ Laura B. Bacon
Laura B. Bacon
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847)518-9800, Ext. 3704
ARDC No. 6288982
lbacon@centralstatesfunds.org

## **CERTIFICATE OF SERVICE**

I, Laura B. Bacon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on June 13, 2008, I caused the foregoing Notice of Motion, Plaintiffs' Motion for Summary Judgment, Plaintiffs' L.R. 56.1 Statement of Material Facts, and Plaintiffs' Memorandum in Support of Their Motion for Summary Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

/s/ Laura B. Bacon
Laura B. Bacon
One of Central States' Attorneys